UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

IN RE YASMIN AND YAZ (DROSPIRENONE)  )   3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND        )
PRODUCTS LIABILITY LITIGATION         )   MDL No. 2100
_____        )
                                       ORDER
                                       VACATING DISMISSAL

**This Document Relates to:**

*Rania Lee Kanazi v. Bayer Corp., et al.*    No. 3:11-cv-12965-DRH-PMF

*Kimberly S. Ray v. Bayer Corp., et al.*    No. 3:11-cv-20089-DRH-PMF

## ORDER

**HERNDON, Chief Judge:**

The above captioned actions were dismissed without prejudice for failure to comply with Plaintiff Fact Sheet Requirements (*Kananzi*, Doc. 7; *Ray* Doc 18). Subsequently, each of the above captioned plaintiffs filed a motion to vacate. Bayer has responded in each case stating that it is not opposed to the motion to vacate.

Accordingly, the Court hereby **VACATES** the orders dismissing the claims of the above captioned plaintiffs without prejudice. Further, the Court directs the Clerk of the Court to **REINSTATE** the same.

**SO ORDERED:**

*/s/ David R. Herndon*

Digitally signed by
David R. Herndon
Date: 2012.10.03
10:21:48 -05'00'

**Chief Judge**
**United States District Court**                    Date:  October 3, 2012