UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                            )
IN RE YASMIN AND YAZ (DROSPIRENONE))       3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND    )
PRODUCTS LIABILITY LITIGATION           )        MDL No. 2100
_____ )
                                                                    ORDER
                                                                    VACATING DISMISSAL

**This Document Relates to:**

*Rania Lee Kanazi v. Bayer Corp., et al.*          No. 3:11-cv-12965-DRH-PMF

*Kimberly S. Ray v. Bayer Corp., et al.*            No. 3:11-cv-20089-DRH-PMF

## ORDER

**HERNDON, Chief Judge:**

The above captioned actions were dismissed without prejudice for failure to comply with Plaintiff Fact Sheet Requirements (*Kananzi,* Doc. 7; *Ray* Doc 18). Subsequently, each of the above captioned plaintiffs filed a motion to vacate. Bayer has responded in each case stating that it is not opposed to the motion to vacate.

Accordingly, the Court hereby **VACATES** the orders dismissing the claims of the above captioned plaintiffs without prejudice.  Further, the Court directs the Clerk of the Court to **REINSTATE** the same.

SO ORDERED:

Digitally signed by
David R. Herndon
Date: 2012.10.03
10:21:48 -05'00'

**Chief Judge**
**United States District Court**                              Date:  October 3, 2012